# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARIA TRIANA-GOMEZ, et al.,

    Plaintiff(s),

v.

UNITED STATES,

    Defendant(s).

Case No.: 2:20-cv-00083-RFB-NJK

**ORDER**

On February 5, 2020, the Court ordered Plaintiffs to file certificates of interested parties no later than February 11, 2020. Docket No. 6. Plaintiffs failed to do so. *See* Docket. The Court **ORDERS** Plaintiffs to file certificates of interested parties no later than February 21, 2020. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS.**

IT IS SO ORDERED.

Dated: February 19, 2020

                                  Nancy J. Koppe
                                  United States Magistrate Judge