NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
JAMES A. BLUM
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
james.blum@usdoj.gov
Attorneys for the United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA TRIANA-GOMEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | 2:20-CV-83-RFB-NJK <br><br> **United States of America's Unopposed Motion to Extend the Deadline for an Answer or Pre-Answer Motion to Dismiss** <br><br> **(First Request)** |

This is the First Unopposed Motion to Extend the Deadline for an Answer or Pre-Answer Motion to Dismiss. Defendant United States of America, with the consent of Plaintiffs, respectfully requests that this Court extend by thirty days Defendant's deadline to file an answer or pre-answer motion to dismiss. This Motion is made pursuant to Local Rule LR IA 6-1 and Fed. R. Civ. P. 6(b)(1).

The grounds for this Motion are: (1) Plaintiffs have initiated a civil action against Defendant for damages, attorney's fees, and costs; (2) the parties are currently engaged in settlement negotiations; (3) the parties agree that a thirty-day extension of Defendant's deadline to file an answer or pre-answer motion to dismiss will facilitate ongoing settlement negotiations; and (4) the parties agree that any settlement would negate the need for litigation and, as a result, save the parties and this Court substantial time and resources.

/ / /

/ / /

Defendant's current deadline to file an answer or pre-answer motion to dismiss is April 27, 2020, and the new deadline would be May 27, 2020.

DATED this 30th day of March 2020.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ James A. Blum
JAMES A. BLUM
Assistant United States Attorney

**MEMORANDUM OF POINTS AND AUTHORITIES**

On January 13, 2020, Plaintiffs filed a civil action against Defendant, seeking damages, attorney's fees, and costs. Complaint ECF No. 1. The service date of the Complaint was February 25, 2020. Pursuant to Fed. R. Civ. P. 12(a)(2), Defendant, as a government entity, had sixty days to serve its answer or pre-answer motion to dismiss. The sixtieth day from the date of service falls on April 25, 2020, which is a Saturday; accordingly, Defendant's current deadline to file an answer or pre-answer motion to dismiss is April 27, 2020. *See* Fed. R. Civ. P. 6(a)(1).

The parties are currently engaged in settlement negotiations. Defendant submits that good cause exists for this Court to extend by thirty days Defendant's deadline to file an answer or pre-answer motion to dismiss because (1) the parties believe that a thirty-day extension will allow them to conclude their settlement negotiations; and (2) allowing the parties to attempt to settle this matter without litigation stands to save the parties and this Court substantial time and resources. Counsel for Defendant (Assistant United States Attorney James A. Blum) and counsel for Plaintiffs (J. Taylor Oblad, on behalf of Tingey & Tingey Law Firm) have discussed this matter, and the parties agree to the proposed extension of time for Defendant to file an answer or pre-answer motion to dismiss.

This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

WHEREFORE, Defendant respectfully requests that this Motion be granted and that Defendant's deadline to file an answer or pre-answer motion to dismiss be extended by thirty days, to and including May 27, 2020.

DATED this 30th day of March 2020.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ James A. Blum
JAMES A. BLUM
Assistant United States Attorney

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: March 31, 2020