# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA TRIANA-GOMEZ, JUAN VERGANA-HERNANDEZ, and GLADYS TRIANA-GOMEZ, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 2:20-cv-00083-RFB-NJK <br><br> **ORDER GRANTING STIPULATION TO VACATE JULY 15, 2021 SETTLEMENT CONFERENCE** |

    The parties, by and through their respective counsel of record, stipulate and request that the Court enter an order striking the settlement conference scheduled for July 15, 2021 at 9:30 a.m. In support, the parties state the following.

    This is an FTCA case arising out of a motor vehicle accident. Plaintiffs consist of the driver and two passengers in one of the vehicles. In April 2021, the parties requested a 90-day extension of all deadlines to pursue settlement negotiations. ECF No. 18. The parties also requested a settlement conference at or near the end of the 90-day period. ECF No. 19. The Court thereafter entered an Order extending the remaining deadlines, ECF No. 20, and scheduling a settlement conference for July 15, 2021. ECF No. 21.

The parties have made significant process in settlement negotiations. Based on their recent discussions, the parties believe that they will be able to resolve this matter in the coming days without the Court's assistance. To save the parties and the Court substantial resources and time submitting briefs and preparing for the settlement conference, the parties request that the Court strike the July 15, 2021 settlement conference. The parties will advise the Court once a settlement has been reached.

This request is not sought for any improper purpose. Rather, it is sought by the parties solely for the purpose of facilitating a settlement of this case and preserving the parties' and Court's resources.

WHEREFORE, the parties respectfully request that this Court strike the settlement conference scheduled for July 15, 2021.

Dated this 2nd day of July 2021.

TINGEY LAW FIRM

 /s/  Scott Van Alfen
SCOTT VAN ALFEN
817 S. Main Street
Las Vegas, Nevada 89101

*Attorneys for Plaintiffs*

Dated this 2nd day of July 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

 /s/  Brian Irvin
BRIAN IRVIN
Assistant United States Attorney

*Attorneys for Defendant*

IT IS SO ORDERED:

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: July 6, 2021